AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ISAIAH ALPHONZO DRIVER,

Plaintiff,

v.

DEPARTMENT OF CORRECTIONS et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV622-41

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pusuant to the Order of this Court dated September 30, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion as the opinion of this Court. Plaintiff's complaint is dismissed without prejudice. This action stands cosed.



September 30. 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020